# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CURLEY, SR., | Case No. 13-cv-03805 NC |
| Plaintiff, | **ORDER REQUIRING FURTHER BRIEFING** |
| v. | Re: Dkt. No. 4 |
| WELLS FARGO & CO., and others, | |
| Defendants. | |

In their pending motion to dismiss, Defendants argue that Plaintiff Curley's TPP is not an enforceable contract, and that "[n]either law nor equity provides a remedy" for such an agreement. Dkt. No. 4 at 19. At oral argument, held October 9, 2013, counsel for Defendants confirmed that a TPP does not create a contractual right to a loan modification. The Court has become aware of a recent Ninth Circuit decision that neither party cited in its papers, which addresses "whether a bank was contractually required to offer the plaintiffs a permanent mortgage modification after they complied with the requirements of a trial period plan." *Corvello v. Wells Fargo Bank, NA*, 11-16234, 2013 WL 4017279 (9th Cir. Aug. 8, 2013), *as amended on reh'g in part* (Sept. 23, 2013).

The Court reminds Defendants of their duty of candor with the Court, as well

Case No. 13-cv-03805 NC
ORDER REQUIRING FURTHER
BRIEFING

as Rule 11, which notes that by submitting a brief to the Court, the parties certify that "the claims, defenses, and other legal contentions are warranted by existing law." Fed. R. Civ. P. 11.

The parties are ORDERED to submit further briefing addressing how the Ninth Circuit's decision in *Corvello* impacts the Court's analysis of the motion to dismiss. Defendants must submit a brief, not to exceed five pages, addressing this issue within seven days. Plaintiff must submit his opposition, not to exceed five pages, within seven days of Defendants' filing of their brief. The Court will not require a reply brief.

IT IS SO ORDERED.

Date: October 11, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge