1  MARK D. LONERGAN (State Bar No. 143622)
   EVELINA MANUKYAN (State Bar No. 233262)
2  THOMAS N. ABBOTT (State Bar No. 245568)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Defendants
   FEDERAL HOME LOAN MORTGAGE
7  CORPORATION; and WELLS FARGO BANK,
   N.A. (sued as Wells Fargo Bank, N.A., Wells
8  Fargo Home Mortgage, a division of Wells Fargo
   Bank, N.A. and Wells Fargo & Company)
9

10                    UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

12

13 | DAVID M. CURLEY, SR.,                        | Case No. CV 13-03805-NC
14 |         Plaintiff,                           | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE;**
15 |     vs.                                      | **[PROPOSED] ORDER**
16 | WELLS FARGO & COMPANY, a corporation; WELLS FARGO BANK, N.A., a
17 | subsidiary of Wells Fargo & Company, Inc., WELLS FARGO HOME MORTGAGE, a
18 | division of WELLS FARGO BANK, N.A., THE FEDERAL HOME LOAN MORTGAGE
19 | CORPORATION, AND DOES 1-10,
20 |         Defendants.                          | Action Filed:  August 16, 2013
                                                  | Trial Date:    None Set

21
22
23
24
25
26
27
28

07685.1267/2923843.1                                              CV 13-03805-NC
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1 Plaintiff David Curley, Sr., and defendants Federal Home Loan Mortgage Corporation and
2 Wells Fargo Bank, N.A (erroneously sued as Wells Fargo and Company, a corporation, Wells
3 Fargo Bank, N.A., a subsidiary of Wells Fargo and Company, Wells Fargo Home Mortgage), by
4 and through their respective attorneys of record hereby file this joint stipulation to request the
5 Court to continue the initial case management conference.

6 Pursuant to the Court's Order Setting Initial Case Management Conference and ADR
7 Deadlines, issued on August 24, 2013, the case management conference was set for **November 13,**
8 **2013** at 10:00 a.m. in Courtroom A, 15th Floor, of the above-entitled Court, San Francisco
9 Division.  Defendants, however, have a pending motion to dismiss which was heard on October 9,
10 2013 and is presently under submission.  As this case has not yet passed the pleading stage, the
11 parties agree that a case management conference, as well as initial disclosures and ADR, would be
12 premature at this time.

13 Consequently the parties request that the case management conference and all associated
14 deadlines be continued by approximately sixty days to **January 2, 2014**, or a date thereafter that
15 the Court selects.

17 DATED:  October 30, 2013         SEVERSON & WERSON
                                    A Professional Corporation

20                                  By:     /S/ Evelina Manukyan
                                              Evelina Manukyan

22                                  Attorneys for Defendants FEDERAL HOME LOAN
                                    MORTGAGE CORPORATION; and WELLS FARGO
                                    BANK, N.A. (sued as Wells Fargo Bank, N.A., Wells
                                    Fargo Home Mortgage, a division of Wells Fargo Bank,
                                    N.A. and Wells Fargo & Company)

1 | DATED: October 30, 2013         COTTER & DEL CARLO

By:      /S/ Richard A. Canatella
                Richard A. Canatella

Attorney for Plaintiff David M. Curley, Sr.

**[PROPOSED] ORDER**

For the reasons stated in the parties' stipulation, and good cause appearing, the case management conference is hereby CONTINUED to    January 8, 2014    at       10:00       a.m./p.m.. All associated deadlines are also continued accordingly.

IT IS SO ORDERED.

Dated:    October 30, 2013

GRANTED
Judge Nathanael M. Cousins

THE HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

07685.1267/2923843.1                                3                                CV 13-03805-NC
STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER