# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CURLEY, SR., | Case No. 13-cv-03805 NC |
| Plaintiff, | |
| v. | **ORDER CONVERTING MOTION TO DISMISS INTO MOTION FOR SUMMARY JUDGMENT** |
| WELLS FARGO & CO., and others, | |
| Defendants. | Re: Dkt. No. 4 |

Defendants in this mortgage foreclosure action have moved to dismiss for failure to state a claim upon which relief may be granted, and plaintiff opposed the motion. Dkt. Nos. 4, 27. Defendants submitted disputed factual evidence not properly considered by the Court on a motion to dismiss. *See* Dkt. No. 8, Ex. D; Dkt. No. 28-1, Ex. F. Therefore, the Court now ORDERS that defendants' Motion to Dismiss is CONVERTED into a motion for summary judgment pursuant to Federal Rule of Civil Procedure 12(d).

By December 27, 2013, defendants must file any supplemental materials pertinent to the motion for summary judgment. Plaintiff must file any supplemental materials pertinent to the motion by January 10, 2014.

1 | IT IS SO ORDERED.

2 | Date: December 13, 2013

3 | _____
Nathanael M. Cousins
4 | United States Magistrate Judge

Case No. 13-cv-03805 NC
ORDER CONVERTING MOTION TO DISMISS TO MSJ          2