UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CURLEY, SR., | Case No. 13-cv-03805 NC |
| Plaintiff, | **AMENDED ORDER OF DEFICIENCY** |
| v. | Re: Dkt. Nos. 73, 74 |
| WELLS FARGO & CO., and others, | |
| Defendants. | |

On March 12, 2014, the Court held a case management conference in this mortgage foreclosure case. Dkt. No. 70. Plaintiff's counsel indicated that plaintiff would move for leave to file an amended complaint, and the Court set a briefing schedule and hearing for that motion. *Id.* On April 1, 2014, plaintiff filed a motion for leave to amend the complaint. Dkt. No. 73. However, plaintiff did not properly file the motion in ECF so as to trigger the hearing date. In addition, plaintiff failed to file a proposed amended complaint, but instead filed a proposed amendment to the complaint. Dkt. No. 74. This is inadequate. *See* Civil L. R. 10-1 ("Any party filing or moving to file an amended pleading must reproduce the entire proposed pleading and may not incorporate any part of a prior pleading by reference.").

Case No. 13-cv-03805 NC
ORDER OF DEFICIENCY

Plaintiff is ordered to file, within six days of this order, a proposed amended complaint including the claim that survived summary judgment, the proposed new claims, and all facts supporting these claims.  Plaintiff must also re-file his motion to amend the complaint, following the ECF Guidelines for the Northern District of California.  *E-Filing Events Within ECF*, United States District Court, Northern District of California, http://www.cand.uscourts.gov/pages/990#04.

Defendant must respond to the motion by April 28, 2014.  Plaintiff must file a reply by May 2, 2014.  The hearing on plaintiff's motion will be heard May 7, 2014 at 1:00 p.m. in Courtroom A.

IT IS SO ORDERED.

Date:  April 16, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge