UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CURLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & CO, and others,<br><br>    Defendants. | Case No. 13-cv-03805 NC<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

The parties filed a joint case management state on February 18, 2015. After considering the joint management statement submitted by the parties, IT IS HEREBY ORDERED THAT the following schedule is set:

    1.    DISCOVERY. The parties must complete all non-expert discovery by March 27, 2015.

    2.    EXPERT WITNESSES. The disclosure and discovery of expert witness opinions will proceed as follows:

        a. By April 3, 2015, Curley must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

        b. By April 17, 2015, Wells Fargo must disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

        c. By May 15, 2015, the parties must complete all discovery of expert witnesses in accordance with Federal Rule of Civil Procedure 26(b)(4).

Case No.: 13-cv-03805 NC

1       3.     FURTHER CASE MANAGEMENT CONFERENCE. A further telephonic case management conference will be held on June 3, 2015, at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties must file a joint case management statement at least one week prior to the conference. *See* Civil L.R. 16-10(d).

      4.     DISPOSITIVE MOTIONS. The parties must file and serve all dispositive motions no later than June 5, 2015.

      5.     PRETRIAL STATEMENTS. The parties must meet and confer to discuss the preparation of a joint pretrial statement, and on or before August 5, 2015, counsel must file a joint pretrial statement.

      6.     PRETRIAL CONFERENCE. The final pretrial conference will be held on August 19, 2015, at 2:00 p.m. in Courtroom 7, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California. Each party or lead counsel must attend the conference.

      7.     TRIAL DATE. A jury trial will be held on September 8, 2015, at 9:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 20, 2015                       _____
                                                  Nathanael M. Cousins
                                                  United States Magistrate Judge

United States District Court
Northern District of California