UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. CURLEY, SR., | **No. CV 13-03805-NC** |
| Plaintiff, | **ORDER CHANGING TRIAL DATE** |
| v. | **Judge: Hon. Nathanael M. Cousins** |
| WELLS FARGO BANK, N.A., a subsidiary of WELLS FARGO & COMPANY, a corporation; individually and doing business as WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., THE FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendants. | |

PURSUANT TO STIPULATION, Docket Nos. 117 and 118, IT IS SO ORDERED: that the trial date herein is hereby changed from September 8, 2015 to Monday, August 31, 2015, in Courtroom D, 15th Floor, San Francisco. Trial will be 5 days with a partial day on Wednesday, September 2, 2015.

DATED:   June 9, 2015

_____
MAGISTRATE JUDGE, U.S. DISTRICT COURT

*IT IS SO ORDERED*
*Judge Nathanael M. Cousins*

1