UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. CURLEY, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & CO., and others,<br><br>    Defendants. | Case No. 13-cv-03805 NC<br><br>**ORDER PERMITTING PLAINTIFF TO FILE OBJECTION OR RESPONSE TO EVIDENCE IN DOCKET NUMBERS 125, 126-1**<br><br>Re: Dkt. Nos. 125, 126-1 |

With its reply brief, Wells Fargo has submitted additional evidence in support of its summary judgment motion. Dkt. No. 125 (exhibit "inadvertently left off" initial motion); Dkt. No. 126-1 (supplemental declaration of E. Manukyan). Plaintiff David Curley may object or respond to this evidence by July 13 in a brief not to exceed three pages in length.

IT IS SO ORDERED.

Date: July 7, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge